**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**ESTATE OF JOSEPH LAVERNE
STURDIVANT, *et al.***                                          **PLAINTIFFS**

**v.**                                  **CIVIL ACTION NO. 5:17-CV-20-KS-MTP**

**ADAMS COUNTY, MISSISSIPPI, *et al.***                           **DEFENDANTS**

## ORDER

On March 8, 2017, Defendant Adams County Sheriff's Office filed a Motion for Judgment on the Pleadings [4]. Defendants Adams County Sheriff's Office, Adams County, Drasilla Rounds, and Carla Dunn filed a Motion for Judgment on the Pleadings [5], and Defendants Carla Dunn and Drasilla Rounds filed a Motion for judgment on the Pleadings [7]. Plaintiffs shall respond to each motion on or before **March 22, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Defendants want to reply, they must do so within seven days of the filing of Plaintiffs' responses, but no later than **March 29, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages per motion, and Plaintiffs' responses shall not exceed thirty-five (35) pages each. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this __9th__ day of ___March___, 2017.

_____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE