IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ESTATE OF JOSEPH LAVERNE
STURDIVANT,** *et al.* **PLAINTIFFS**

**v.** **CIVIL ACTION NO. 5:17-CV-20-KS-MTP**

**ADAMS COUNTY, MISSISSIPPI,** *et al.* **DEFENDANTS**

### FINAL JUDGMENT

For the reasons provided in the Memorandum Opinion and Order entered on this day, the Court enters this Final Judgment in favor of Defendants pursuant to Rule 58. This case is closed.

SO ORDERED AND ADJUDGED this 18th day of December, 2018.

                                            /s/ Keith Starrett
                                            KEITH STARRETT
                                            UNITED STATES DISTRICT JUDGE